UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

                v.

HYPERLITE MOUNTAIN GEAR INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-5748

**NOTICE OF VOLUNTARY
DISMISSAL**

        Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

HYPERLITE MOUNTAIN GEAR INC., without prejudice and without fees and costs.

Dated: New York, New York
       September 13, 2024

                                    **GOTTLIEB & ASSOCIATES PLLC**

                                    */s/Michael A. LaBollita, Esq.*

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge